FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

RECEIVED

SEP 2 0 2021

WILLIAM T. WALSH
CLERK

Kenneth V Iacone Sr.

(Enter above the full name of the plaintiff in this action)

COMPLAINT

V.

Civil Action No. _____

Northern State Prison Medical,
Mental Health and Administr-
ation's Department/Medical-Ms.White-Head of Medical, Dr.Mi DeMaio, Mental Health-Dr.McGrace
/Dr.Bartanni, Administrations-Agangi, M.Klansky DO, Mental Health

(To be supplied by the Clerk of the Court)

(Enter the full name of the defendant of defendants in this action)

---

## INSTRUCTIONS; READ CAREFULLY

1.     This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.     In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.     You must provide the full name of each defendant or defendants and where they can be found.

4.     You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.     Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of  $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

---

6.    If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓    42 U.S.C. §1983 (applies to state prisoners)

   ___  Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   _____

1b.   Indicate whether you are a prisoner or other confined person as follows:

   ___ Pretrial detainee

   ___ Civilly-committed detainee

   ___ Immigration detainee

   ✓ Convicted and sentenced state prisoner

   ___ Convicted and sentenced federal prisoner

   ___ Other: (please explain)_____

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

b. Court and docket number: _____

c. Grounds for dismissal: ( ) frivolous ( ) malicious

( ) failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: _9 / 15 / 2021_

e. Approximate date of disposition: _8 / 13 / 2021_

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? _Northern State Prison, 168 Frontage Rd Newark, NJ 07114_
_C-3-W; 318-B_

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.).

a. Name of plaintiff: _Kenneth V Iacone Sr_

Address: Northern State Prison, 168 Frontage Rd, Newark, NJ, 07114, C-3-W, 318-B

Inmate#: SBI-567990B / Inm# 1229901

b.   First defendant:

Name: A. Gangi

Official position: Administrations

Place of employment: Northern State Prison, same as address above

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

I wrote up a write up to him telling him that even though we are on Quarantine we still have legal rights. and need things done like see a doctor, Mental Health because I just got back from St Francis Hospital thinking I had a stroke, but diagnosed with Turrets Syndrome and (TD) Tardive Deskinesia and told him I need meds to control the new Disorders and he wrote to back your on Quarantine nothing we can do, I pleaded and she deemed appropriate to the dea

c.   Second defendant: He mainly denied me medical and mental Health attention, Medical Neglty

Name: Dr. Maria DeMaio FNP-BC

Official position: Medical Provider FNP-BC

Place of employment: Northern State Prison, same address above

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Came back from St Francis Hospital and her going over my new Disorders and not even putting me on any medications to control these new Disorders, she just let me leave medical and let my Disorders be out of control now worse then ever. Been asking for help for a month now with no medical or Mental Health attention.

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.   I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

 ✓ Yes      _____ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I wrote it up to Admin A. Gangi Telling him that even though we are on Quarentine we still have legal right to see Medical, Mental Health, Legal Services. A. Gangi wrote back and said we are on Quarentine, I appealed it and still A. Gangi wrote back that everything was deemed appropriate, case closed. Also mentioned maybe send a para legal over, But nothing about Medical or Mental Health issue I have and need to be seen. No relief sought

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____
_____
_____

6.   Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no
legal arguments. Cite no cases or statutes.)

_____
_____
_____
_____
_____

8.   Do you request a jury or non-jury trial? (Check only one)

   ☒ Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of September , 20 21

_Kenneth V. Iacone Sr._

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

I request permission to proceed in forma pauperis due to I dont get
much help from the out side and if I do its not much for the month and the stimulus
check is gone already except for a few dollars. I ask please to help me proceed in
forma pauperis and thank you.

More Defendants

Name: Dr. Euegene Garcia

Offical Position: Mental Health Doctor

Place of employment: Northern State Prison, same address

How is this person involved: On 8-17-2021 when I got back from the hospital he came and saw me and he told me that I had Turrets Syndrome and (T.D.) Tardivise Desnesia and all he did was give me 1mg colonapin so that I can sleep at night and if it didnt work that he would raiso it. Ive written multiple times telling him and no response. Also after telling me my new Disorders, he didnt even perscribe me meds to control the new disorders, like Dr. Mariea Dellaio. Ive been asking for a month now and all I get is Medical Negligence. No where with these people

Name: Ms White

Offical Position: Head of Medical Department

lace of Employment: Northern State Prison, same address

how is this person Involved: I have been in touch with medical Ms White for a month now and she wrote back to one of my write ups and said that I would be seeing a Doctor about my disorders on 9-8-2021. Well 9-8-2021 came and passed and Ive yet to see a Doctor or Mental Health for my disorders to get put on the right meds to slow me down and help these disorders I have now.

Name: Dr. Bartanni

Offical Position: Mental Health - Pyhsco Therophyist

lace of Employment: Northern State Prison, same address

how is this person Involved: I have been writing write ups after write ups asking to see her and all I get rs that it will get forwarded and nothing happens. Its been a month since Ive seen Dr. Bartanni. She is my Counselor for Mental Health. I am speaced Needs and I really needed to see her I have been going through it really bad with these 2 new disorders and I would normally tell her and she would help, but she hasnt did anything to help me or my disorders now that I havent been persciibed meds to help control my disorders and its drivin me insane and its uncontrolable with twitchich and jerking of my neck and left arm and staddering and blarting things out.

<u>Name</u> - Northern State Prison Medical Department

<u>Offical Position</u>: Treat Inmates that have medical problems

<u>Place of Employment</u>: Northern State Prison, same address

<u>How is this person Involved</u>? Because When this first happened to me
I wrote the medical Department a day be-
fore and I put it was urgent on the kiosk about
all of my symtons and they just didnt care. They
didnt answer my write up or even send for me
I wrote to the medical department on 8-10-2021 on
the kiosk

<u>Name</u>: Northern State Prison Mental Health Department

<u>Offical Position</u>: Treat Inmates with Special Needs and problems

<u>Place of Employment</u>: Northern State Prison, same address

<u>How is this person Involved</u>? These two Doctors are here to help
provide medications to control disorders
that cant be controled on its own and also
talk with you to see how you are doing and
feeling so that they can give progress notes to
one another. Both Dr. F Garcia and Dr Bartanni has
done nothing for me since 8-17-2021. I also wrote
to the Mental Health Services on 8-9-2021 telling them
what was going on with me and that something was
wrong and needed to be seen and all I got was I will
forward the message and nothing came about helping me

<u>Name</u>: Administrations Department of Northern State Prison

<u>Offical Position</u>: Keep prison running in order and getting Inmates
what is needed for them and the prison

<u>Place of Employment</u>: Northern State Prison, same address

<u>How is this person Involved</u>: They are supposed to be there to help you
when things go wrong like in my situation and
not getting help from medical or Mental Health. They
Step in and the find out what the problem is. But as you
can see A. Gangi and the write up I've written him
and then appled his deccission because he says we were in
Quaryntine, this does not mean we dont or I dont get medical Attion or Mental Health

③

| | |
|---|---|
| Name | Megan Klansky DO |
| Offical Position | Mental Health Doctor |
| Place of Employment | Northorn State Prison, same address |

how is this person Involved: She came to my unit today on C-3-W asking how Im doing after not seeing me for over a month because she is the person that perscribes meds for our disorders. I told her that Ive put in write ups after write ups and greivences and nobody answered any of them. She tells me that we were on Quarentine and I told her that I was in lots of pain and that my disorders were taking over my left side of my body and it got worse because Nobod or her came to give me medical treatment or meds to get these disorders under control. Ive told her that I couldnt sleep and that Dr. Garcia periscribed me 1mg colonapin to maybe help and make me sleep at night and if it didnt work, let him know and he would raise the doseage. I told her to go ask him because she didnt believe me. and she just walks away with out a care in the world. At least thats how she made me feel and a few Inmate's around said the same thing I have so many witnesses to my Disorders getting worse and willing to be put down as witnesses, which I will put on another page.

# Statement Of Claim

On 8-9-21 I wrote on the kiosk to Mental Health telling them that something was really wrong with me and all I got in response was I will forward the message. H Goldston I believe said the message will be forwarded Nothing came about it, not from Dr. Bartanni nor Dr. E. Garcia in the Mental Health Department.

On 8-10-21, I wrote on the kiosk again, this time to medical department telling them that it was urgent and things were very wrong with my body movements. I never even got a response from the medical department, only on the day of 8-11-21 when I went to group and Ms. Register and Mr. Martinez saw that something was wrong with me and called medical to get me. When I got to Medical and thats only when they find out that Ive written them otherwise they would have not even responsed for a few days, may be. While I was in the Medical department the Doctor and nurses started to examine me because they think that I had a stroke and had all the symtom of a stroke. I was taken to St. Francis Hospital in Trenton, NJ on 8-11-21, where I stayed for testings and because of all the Head twitching and arm jerking, they were unable to do a few tests on me that were (MRI) really inportant. The Hospital releases me on 8-13-21 and sends me to East Jersey State Prison Isolation for 3 days when I left on 8-16-21, and came back to Northern State Prison where I saw Dr. Marica DeMaio and she tells me that I have Turrets Syndrome and (TD) Tardinse Dosnesia and just sends me on my way to a Quarentine for being out of the prison where I saw Dr Bartanni on 8-17-2021 and her telling me I have Turrets Syndrome and not doing anything about it. I then see Dr Garcia and he tells me the same as all the other doctors told me, but he perscribed be colonopin for at night time to help me sleep, but nothing to help these terrible disorders Im going through. Dr Garcia told me if the 1 mg didnt work he would raise it. Ive put multiple writeups to him asking and nothing has happened. On 8-18-21 I was brought back to C3W and they wanted to put me on a top bank and I and a few other inmates and officer had to kick up because they new I had a bottom bank pass and they wanted to put me on a top bank. Well the Lt came and put me on the bottom bank, but he put me all the way up stairs. They had me climbing stairs for a month until Officer Dawson

nade a call and had me put down stairs. All this time
that we have been on Quarentine because some ppl came up
positive, Administrations took away all our privledges and
Ive wrote up A. Gangi and he wrote back that we are on
Quarentine and I Appealed and it came back deemed
approicate, case closed. Like my medical or Mental Heath
was nothing to him. or any of the other Staff. Ive written
up Mental Health, Medical, Administrations, no responses back,
Ive put in greivences on Medical and Mental Health and
I more then likely wont here from those grievences on Medical
or Mental Health until the 30 days is almost up. Never heard back
from Dr. Garcia or Dr. Bartanni with all the write ups I put
in and here it is 9-13-2021. Ms G. White answered on one write
up and told me that I was going to see a Doctor on 9-8-21, well
9-8-21 came and went and Ive yet still seen a Medical Doctor
or a Mental Health Doctor for my disorders and I need help. It
only got worse for the entire month they have done nothing
for me and still doing nothing for me. Im still putting in
write ups, & Grievences. Which I will write down everything for
you. on Write ups, Facts, Grievences, Kiosk #'s,
    On 9-14-21 I finally saw Megan Klansky, DO. Mental Health
She came to C3W on my unit to talk to me and to put me on
'clonodine - High blood pressure meds that she says could help Im
seen taking High Blood pressure meds for a long time, so the clo-
nodine that she is going to perscribe isnt going to work for me if its
didnt do anything yet. I told her that Ive been writing up write ups
and grievences to Mental Health and Medical and I told her that every
thing was ignored and that Ive spoken to the Ombudsman and my sister's
friend thats a lawyer and they said that I should have never been ignored
that Medical and Mental Health Superceeds being in a Quarentine and
that a Doctor and Mental Health should have come seen me and not
wait over a month. Dr. Klansky states we were in Quarentine and
brushes it off. I ask if she could raise my sleeping meds and she told
me that what I have is good enough, when Dr Garcia said he would raise
it if it wasnt working. I told her to go talk to him that Im in pain and
cant sleep. The Propper meds for Turrets Syndrome to cintrol it is Dopamine or
Botulinum injections that will help releave the vocal tick that goes through

③

Continue: <u>Statement of Claim</u>

my neck and left arm. The other medication is Fluoxetine and that might help control the sadness, Aniexty and O.C.D that Im having with the Tuccets Syndrome. <u>The Propper medication I should be put on for the (T.D.) Tardinise Desneasia is Ingrezza Ingand and</u> Dr Klansky DO said she would go talk to Dr F Garcia and walked away. Its over a month and my condition got worse because they didnt even start me on meds, these propper meds that will control my new disorders.

Today on <u>9-15-2021</u> I was called down to see a <u>Doctor Geetha Hrishikesan MD</u> and she reviewed everything and even seeing that I was diagonosed with (T.D.) and (Terrets Syndrome) she would still not start me on the right medication. I even gave to her from what my sister looked up to contial those disorders. I told her that I was in pain and all she would give me is molfrin and she has me being set up to see a Nurologolist on a screen to talk with me. Not even going to see one in person to do things right. So now I still suffer with the pain and cant sleep

①

## Write Ups, Facts, Greivence's, Kiosk #'s

1. 8-9-21 - Mental Health write up before hospital, NSP21044848
2. 8-10-21 - Medical urgent telling about conditions, NSP21045067
3. 8-18-21 - Dr Garcia wrote a write up for meds to control disorder and that he needed to raise the sleeping meds he said he was going to raise if it wasnt working do to the extra disorders Ive gained NSP 21046696
4. 8-20-21 - Dr Garcia - asking for meds to control new disorders NSP21047141
5. 8-21-21 - Dr Bartanni, Mental Health, asking her to come and see me and nothing happened, NSP21047384
6. 8-22-21 - Dr Garcia - asking to raise my sleeping meds because of my new disorders and I cant sleep and it hurts NSP21047615
7. 8-21-21 - Wrote Greivence on Medical because Head of Medical Ms. G White said I was going to see a doctor on 9-8-21, Ive been back since 8-16-21 havent seen a doctor yet. NSP21047382
8. 8-21-21 - Mental health - wrote up on 8-21-21 about getting my Mental Health Records and also not getting the propper meds I need to control my Disorders and nothing happened, on 8-23-21 asked about meds, 8-26-21 - Records and meds on a grievence on Mental Health NSP21050557
9. 9-3-21 Administrations - A. Gangi wrote write up telling him that our rights are being taken away from us (legal rights) even in Quarentine Told him that we are able to have medical treatment Mental Health, Law Library, A. Gangi writes back that we are In Quarentine and nothing will be addressed. I appealed his deccission and it came back deemed appropriate, case closed, Like he didnt care about my medical conditions or Mental Health conditions and what he says goes. NSP21050333
10. On 8-18-21 Come back to C-3-W and was given a Top Bunk knowing I had a bottom bunk memo because of my disorders and had to argue that I couldnt get in a Top bunk and then when I got a bottom bunk from the Lt, it was on the top floor, knowin I cant go up stairs like that, but I did it for a month and Im in bad shape.
11. 9-10-21 - I still yet to see a Doctor or Mental Health for my new Disorders and meds to control them. My conditions are deffinitely worse over the month not on Meds to control them

## Write Ups, Facts Grievence's Kiosk #'s

8-26-21 - Dr Bartanni Mental Health - asking to come see me again and still nothing. NSP21048677

7-10-21 - I've checked the Kiosk for any responces to my Medical, Mental Health write ups, Grevinces and Appeals and I still got nothing from any of them and I stated it was urgent

9-10-21 - Called the Ombadsman about 9:50 AM, Spoke to Ms. Mathews the Secretary and told her everything that was going on from start to finish and she told me that she would take care of it because I stadder a lot now and that she would be looking into all the write ups, grievences on the Kiosk and getting in touch with Administrators, Medical and Mental Health, bat yet still nothing has happened and I've yet seen a doctor or Mental Health and yet its to late that they made my conditions worse then they were because they werent treated for a month with the propper meds and therophy.

9-11-21 - I was still not seen. Officer Dawson took me from 418 to 318 because he sees how bad I'm getting and cant go up + down stairs any more. and they still got me up on the 3rd floor

7-12-21 I was still not seen by Dactor or Mental Health to get meds to take care of my disorders and now Officer Parker wants to move me on the 1st floor because he says I'm a liability coming up and going down the stairs and if I get hurt its on him. My conditions are getting worse and they hurt me and nothing was done about it for a month straight

9-13-21 - I wrote to Medical M & G. White again this morning asking when I will be seeing a Doctor and Mental Health to get meds to take care of my Disorders because they are out of control and unbarable now. It really hurts my wrist, neck, left arm is stiff and jerking all the time and me studdering so much with my speech. My walk is getting slow. Every day that goes by my conditions worsen. NSP21052455

7-14-21 - Still have not been put on Medical list, or Mental Health to be seen to gain control of these offal Disorders. And writing it up again - NSP21052671 Medical

③

<u>Write ups, Grievence's, Facts, Kiosk #'s</u>

9-14-21 - <u>Mental Health</u> wrote to <u>Dr. Garcia</u> and <u>Dr. Klansky</u> about the right medications that I should be on to control the Turrets Syndrome. <u>These Meds are Depamine or Botulinum</u> injections that help releave the vocal ticks I'm having in my neck and shoulder and arm.

   Also another medication that I should be taking with one of those injections is <u>Fluoxetine</u> and this will help with my controling the sadness I have, Anxiety and OCD I'm going through. These are the right meds I should be taking and not Blood Pressure medicince they want to put me on that state only might help, but I've been on Blood Pressure meds for the longest and nothing is worked. NSP21052855

9-14-21 - I wrote to medical telling them that I need to see a doctor for my new Disorders and I need to be put on meds to control them because they are out of control and not seeing a Doctor or getting medical attention for a month, my conditions worsened. <u>NSP21052858</u>

9-15-21 - I wrote to Mental Health telling them that I want to be put on the propper meds for (T.D.) Tardirise Deneasia its called Ingrezza <u>NSP21052873</u>

# Relief Factors - $16,900,000.00 Dollars

1. Medical Negligence - $2,000,000,00
2. No Meds for over a month to control disorders -$2,000,000.00
3. No being able to move body parts equally with no Therapy $2,000,000.00
4. Major Depression -$1,000,000.00
5. Cant talk properly -$1,000,000.00
6. Rejection from Administrations because we were in Quarentine and couldnt get medical or Mental Health attention, was Denied $1,000,000.00
7. Mental Anguish -$350,000.00
8. No Motavation - $350,000.00
9. Anxiety -$200,000.00
10. Pain and Suffering - $6,000,000.00